**No. 52944.**—W. A. Taylor & Co. *v.* United States, protest 122261–K (San Francisco).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protest was overruled in all other respects.

**No. 52945.**—Moses Harvey Brotman *v.* United States, protest 126387–K (San Francisco).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protest was overruled in all other respects.

**No. 52946.**—L. A. Brewing Co. *v.* United States, protest 126481–K (Los Angeles).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protest was overruled in all other respects.

**No. 52947.**—The Von Hamm Young Co., Ltd., dba Hotel Import Co. *v.* United States, protest 132182–K (San Francisco).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protest was overruled in all other respects.